THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENERAL ALLIANCE CORPORATION, Respondent, v. STATE TAX COMMISSION OF THE STATE OF NEW YORK and MARK GRAVES and Others, as and Constituting the State Tax Commission,

Appellants.— Appeal by the State from an order fixing the printing disbursements on appeal. Order unanimously affirmed, with fifty dollars costs and disbursements. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ. [See 253 App. Div. 413.]